Case 5:22-cv-00082-NC   Document 52   Filed

FILED

Jan 03 2023

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

Paul B. Justi (SBN124727)
LAW OFFICES OF PAUL B. JUSTI
1981 North Broadway, Suite 250
Walnut Creek, CA  94596
T: 925.256.7900
F: 925.256.9204
pbjusti@comcast.net

Attorneys for Plaintiff
KELVIN MORGAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| KELVIN MORGAN; | ) | CASE NO.  5:22-cv-00082 NC |
|---|---|---|
| Plaintiff, | ) | **STIPULATION AND ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |
| v. | ) |  |
| CITY OF SAN JOSE; SAN JOSE POLICE DEPARTMENT; and DOES 1-25, inclusive, | ) |  |
| Defendants | ) |  |

      The parties hereto, by and through their counsel of record, hereby stipulate as follows:

      WHEREAS, the parties have settled the present action; and

      WHEREAS, in light of such settlement and in the interests of justice, the present action should be dismissed in its entirety with prejudice, with each side to bear their own costs and attorneys' fees;

      The present action shall be dismissed in its entirety with prejudice, with each side to bear their own costs and attorneys' fees.

STIPULATION AND ORDER RE: DISMISSAL - 1

Dated: January 3, 2023            LAW OFFICES OF PAUL B. JUSTI

                                  By_____/s/ Paul B. Justi_____
                                           Paul B. Justi
                                  Attorneys for plaintiff KELVIN MORGAN

Dated: January 3, 2023            CITY OF SAN JOSE CITY ATTORNEY'S OFFICE

                                  By_____/s/ Brian Kreger_____
                                           Brian Kreger
                                  Attorneys for defendants

**ORDER**

Based on the parties' stipulation and in the interests of justice, the present action is hereby dismissed in its entirety with prejudice, with each side to bear their own costs and attorneys' fees.

GOOD CAUSE APPEARING, IT IS SO ORDERED.

Dated: _____January 4_____, 2023      _____
                                      HON. NATHANAEL M. COUSINS
                                      MAGISTRATE JUDGE
                                      DISTRICT COURT

[GRANTED stamp signed by Judge Nathanael M. Cousins]

**CERTIFICATE OF AUTHORITY**

I, Paul B. Justi, hereby certify that I am authorized to e-sign this Stipulation and [Proposed] Order on behalf of Brian Kreger, counsel of record for defendants.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on January 3, 2023 at Walnut Creek, CA.

                                      _____/s/ Paul B. Justi_____

STIPULATION AND ORDER RE: DISMISSAL - 2

**CERTICIATE OF SERVICE**

I, Paul B. Justi, declare as follows:

I am counsel of record for plaintiff Kelvin Morgan.  I certify that I have effectuated electronic service of this **PLAINTIFF KELVIN MORGAN'S STATUS REPORT RE: SETTLEMENT** through the ECM-ECF filing on the following person(s):

Brian S. Kerger
Office of the City Attorney
200 East Santa Clara Street, 16th Floor
San Jose, CA 95113-1905

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on January 3, 2023 at Walnut Creek, CA.


_____*/s/ Paul B. Justi*_____